The People of the State of New York ex rel. Isiah Williams, Appellant, v Patrick O'Flynn et al., Respondents.

Submitted March 31, 2014; decided May 1, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of Otes G. Rodriguez, Appellant, v Thomas LaValley, as Superintendent of Clinton Correctional Facility, Respondent.

Decided May 1, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge Pigott taking no part.

In the Matter of Davey Shark, Appellant, v New York State Division of Parole Chair, Respondent.

Submitted March 10, 2014; decided May 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of Thelen LLP.

Yann Geron, as Chapter 7 Trustee of the Estate of Thelen LLP, Appellant, v Seyfarth Shaw LLP, Respondent.

Submitted April 21, 2014; decided May 1, 2014

*See* 736 F3d 213.

Motion by DLA Piper LLP (US) et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.